BEFORE THE THIRD DIVISION, SEPTEMBER 9, 1943

**No. 48749.**—Protests 92098–K, etc., of Michelson & Sternberg, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise is the same as that the subject of *Michelson* v. *United States* (10 Cust. Ct. 239, C. D. 762). In accordance therewith it was held dutiable at 10 percent under paragraph 1558 as claimed.

**No. 48750.**—Protests 768229–G, etc., of Continental Grain Co. et al. (Galveston, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48751.**—Protests 57104–K, etc., of Thomas & Pierson, Inc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.